IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LIZA IRENE NAVARRO COLON

DEBTOR

CASE NO 13-05529/MCF

CHAPTER 13

NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

NOW COMES, LIZA IRENE NAVARRO COLON, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. The debtor is hereby submitting a proposed amended Plan, dated September 6, 2013, herewith and attached to this motion.

2. This proposed amended Plan is filed to cure the objection raised by the Trustee in his report, docket no. 23, dated September 5, 2013.

WHEREFORE debtor respectfully requests the confirmation of the requested amended Plan, dated September 6, 2013.

I CERTIFY that on this same date a copy of this notice was sent via electronically with the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant and debtor; and to all creditors and parties in interest in the present case.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 6th day of September, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                Case No. 3:13-bk-5529

NAVARRO COLON, LIZA IRENE                                                             Chapter 13
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____                    ☑ AMENDED PLAN DATED: 9/06/2013
☐ PRE ☐ POST-CONFIRMATION                             Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | |
|---|---|---|---|
| $ | 100.00 x | 25 = $ | 2,500.00 |
| $ | 450.00 x | 11 = $ | 4,950.00 |
| $ | 600.00 x | 24 = $ | 14,400.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $ 21,850.00

Additional Payments:
$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____

Periodic Payments to be made other than, and in addition to the above:
$_____ x _____ = $_____

PROPOSED BASE: $ 21,850.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee
Disclosure Statement: $ 2,861.00

Signed: /s/ LIZA IRENE NAVARRO COLON
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. SCOTIABANK        Cr. _____  Cr. _____
# Claim 6-1           #                   #
$          345.27     $                   $
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____    Cr. _____  Cr. _____
#                     #                   #
$                     $                   $
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____  Cr. _____
#                     #                   #
$                     $                   $
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
    SCOTIABANK          FIRST BANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____  Cr. _____
#                     #                   #
$                     $                   $
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
Priority: $1,085.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor R. Figueroa Carrasquillo Law Office _____ Phone: (787) 744-7699 _____

AMENDED CHAPTER 13 PAYMENT PLAN

NAVARRO COLON, LIZA IRENE
HC 04 BOX 44787
CAGUAS, PR 00725


R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677


BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN, PR 00936-8100


FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346


ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR 00919-5369


ORIENTAL BANK (BBVA)
PO BOX 191017
SAN JUAN, PR 00919-1017


SCOTIABANK
PO BOX 362649
SAN JUAN, PR 00936-2649